**Order filed July 30, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00506-CV
_____

**MICHAEL REEVES, Appellant**

**V.**

**CENTRAL HOUSTON NISSAN, Appellee**

---

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Cause No. 2018-55206**

---

# O R D E R

The reporter's record has not been filed. The court reporter notified this court that appellant has not paid or made arrangements to pay for the reporter's record and is not appealing as indigent.

When he filed his original petition in the trial court, appellant also filed a statement of inability to afford payment of court costs. "A party who files a Statement of Inability to Afford Payment of Court Costs cannot be required to pay costs except by order of the court as provided by this rule." Tex. R. Civ. P. 145(a). "Costs" includes fees charged by the court reporter for preparation of the appellate

record. Tex. R. Civ. P. 145(c).

No contest to appellant's statement appears in the clerk's record, and we have not received an order requiring appellant to pay costs pursuant to Rule 145. Appellant is therefore permitted to proceed without payment of costs in the trial court.

Accordingly, the official court reporter for the 113th District Court is ordered to file the reporter's record by **August 30, 2019**.

PER CURIAM